Commonwealth v. Ackerman, Appellant.

Submitted March 12, 1973. Before JONES, C. J.,
EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MAN-
DERINO, JJ.

*George T. Forssell, Jr.,* and *Jack, KooKogey & Forssell,* for appellant.

*Bruce L. Smith,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 26, 1973:
The order of the Superior Court affirming the order of the Court of Common Pleas is affirmed.